JEREMY W. KATZ (SBN: 119418)
LINDA SORENSEN (SBN: 72753)
shierkatz RLLP
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 895-2895
Facsimile: (415) 520-5879
jkatz@shierkatz.com

Attorneys for Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>H. TIM HOFFMAN,<br><br>Debtor. | Case No. 15-40463 CN 7<br><br>Chapter 7<br><br>DECLARATION OF DAVID DWECK IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER (CHARLES RUTENBERG REALTY) |

I, David Dweck, hereby declare:

1. I am a licensed Realtor in the state of Florida, and affiliated with Charles Rutenberg Realty, 2201 W. Prospect Road, Fort Lauderdale, FL 33309, telephone: (954) 396-3001. I am authorized to make this declaration in support of the Trustee's Application to Employ Real Estate Broker (Charles Rutenberg Realty).

2. I am very familiar with real estate market in the Boca Raton area.

3. I have reviewed the Trustee's Application to Employ Real Estate Broker (Charles Rutenberg Realty), and to the best of my knowledge, neither I nor any employee of Charles Rutenberg Realty hold an interest adverse to the estate with respect to the matters for which it is to be employed, nor do I or any employee have any connection with or interest in the Debtor, any creditor of the estate, any other party in interest, their respective attorneys or accounts, the United States Trustee, or any person employed in the office of the Unites States Trustee.

1871.130                                   1                      Declaration re: Boca Raton Broker Employment

4. I understand that no commission is due and payable unless and until an order approving the sale has been entered by the Court, the purchase price has been paid, and escrow has closed. I am also aware of the provision of 11 U.S.C. § 328(a) and have agreed, notwithstanding the terms and conditions of employment herein set forth in the Trustee's Application, that this Court may ultimately allow compensation different from the compensation provided herein. I also understand that dual agency is not permitted and that Charles Rutenberg Realty cannot represent the buyer in the transaction.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: August 10, 2015

_____
DAVID DWECK

1871.130     2     Declaration re: Boca Raton Broker Employment